# UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF MARYLAND
### Baltimore Division

IN RE:  
KATRINA A. HILL  
    Debtor  

Case No. 22-14008-MMH  

Chapter 13

_____

WILMINGTON SAVINGS FUND SOCIETY, FSB, AS TRUSTEE OF WAMPUS MORTGAGE LOAN TRUST  
    Movant  

v.  

KATRINA A. HILL  
    Debtor/Respondent  
and  
REBECCA A. HERR  
    Trustee/Respondent  

## NOTICE OF MOTION FOR RELIEF FROM STAY AND HEARING THEREON

    Wilmington Savings Fund Society, FSB, as Trustee of Wampus Mortgage Loan Trust has filed papers with the court seeking relief from the automatic stay of 11 U.S.C. §362(a) to enable it to proceed to foreclose on the property located at:

### 4600 Alcott Way, 401, Owings Mills, MD 21117

    Your rights may be affected. You should read these papers carefully and discuss them with your lawyer, if you have one in this bankruptcy case. (If you do not have a lawyer, you may wish to consult one.)

    If you do not want the court to grant the motion for relief from automatic stay, or if you want the court to consider your views on the motion, then by:

### July 25, 2024

you or your lawyer must file a written response with the Clerk of the Bankruptcy Court explaining your position and mail a copy to:

Nikita Joshi, Esq.  
6003 Executive Blvd, Suite 101  
Rockville, MD 20852

BWW#:MD-356466

Rebecca A. Herr, Trustee
185 Admiral Cochrane Dr.
Ste 240
Annapolis, MD 21401

Eric S. Steiner, Esq.
PO Box 17598
Pmb 83805
Baltimore, MD 21297

Katrina A Hill
4600 Alcott Way
Unit 401
Owings Mills, MD 21117

  If you mail rather than deliver your response to the Clerk of the Bankruptcy Court for filing, you must mail it early enough so that the court will receive it by the date stated above.

  **The hearing is scheduled for August 8, 2024, at 10:00AM , in Courtroom 9C, in United States Bankruptcy Court, 101 W. Lombard Street, Baltimore, MD 21201.**

IF YOU OR YOUR LAWYER DO NOT TAKE THESE STEPS BY THE DEADLINE, THE COURT MAY DECIDE THAT YOU DO NOT OPPOSE THE RELIEF SOUGHT IN THE MOTION AND MAY GRANT OR OTHERWISE DISPOSE OF THE MOTION BEFORE THE SCHEDULED HEARING DATE.

               Respectfully Submitted,

Dated: July 11, 2024

               /s/ Nikita Joshi
               Nikita Joshi, Esq., MD Fed. Bar No. 19720
               BWW Law Group, LLC
               6003 Executive Blvd, Suite 101
               Rockville, MD 20852
               301-961-6555
               301-961-6545 (facsimile)
               bankruptcy@bww-law.com
               *Attorney for the Movant*

**CERTIFICATE OF SERVICE**

I hereby certify that on this 11th day of July, 2024, I reviewed the Court's CM/ECF system and it reports that an electronic copy of the foregoing Notice of Motion for Relief from Stay and Hearing Thereon will be served electronically by the Court's CM/ECF system on the following:

Rebecca A. Herr, Trustee

Eric Steiner, Esq.

I hereby further certify that on this 11th day of July, 2024, a copy of the foregoing Notice of Motion for Relief from Stay and Hearing Thereon was also mailed first class mail, postage prepaid, to:

Katrina A Hill
4600 Alcott Way
Unit 401
Owings Mills, MD 21117

_/s/ Nikita Joshi_____
Nikita Joshi, Esq.