IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF MARYLAND
(Baltimore Division)

| | |
|---|---|
| In Re:<br><br>Katrina A. Hill<br>    *Debtor* | Case No.: 22-14008-MMH<br>Chapter 13 |

**DEBTOR'S RESPONSE TO**
**MOTION FOR RELIEF FROM THE AUTOMATIC STAY**

Katrina A. Hill ("Debtor"), by and through undersigned counsel, responds to the Motion for Relief from the Automatic Stay ("Motion") filed by Wilmington Savings Fund Society, FSB ("Movant"), and in support thereof, states:

1.    Subsequent to the filing of the Motion, the Debtor made a payment to Movant to bring post-petition arrears current, and informed Movant of said payment.

WHEREFORE, the Debtor requests that this Court deny the Motion.

                                                         Respectfully submitted,

                                                         */s/ Eric S. Steiner*
                                                         Eric S. Steiner, Esquire
                                                         Federal Bar No. 28705
                                                         eric@steinerlawgroup.com
                                                         **STEINER LAW GROUP, LLC**
                                                         PO Box 17598, PMB 83805
                                                         Baltimore, Maryland 21297-1598
                                                         (410) 670-7060 (phone)
                                                         (410) 834-1743 (fax)

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that, on this 25th day of July, 2024, a copy of the foregoing was served via the Court's CM/ECF system to:

| | |
|---|---|
| Rebecca A. Herr | Nikita Joshi |
| *Chapter 13 Trustee* | *Attorney for Movant* |

                                                  */s/ Eric S. Steiner*
                                                  Eric S. Steiner